UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 6409**

___Manuel Gomez_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

___New York City Police Department___
___& City of New York._____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## COMPLAINT

Jury Trial:  ☑ Yes    ☐ No
              *(check one)*

[Stamp: AUG 21 2012 PRO SE OFFICE]

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  __MANUEL Gomez__
Street Address  __2820 Middletown Road Apt-19__
County, City  __Bronx__
State & Zip Code  __New York 10461__
Telephone Number  __646-626-2406__

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _New York City Police Department_
                  Street Address _1 Police Plaza_
                  County, City _New York, New York_
                  State & Zip Code _10038_
                  Telephone Number _____

Defendant No. 2   Name _New York City_
                  Street Address _City Hall_
                  County, City _New York, New York 10038_
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 3   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 4   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
     ☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Violation of my civil rights._

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____

*Rev. 05/2010*

III.  Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? _Bronx, New York_

B.  What date and approximate time did the events giving rise to your claim(s) occur? _August 27, 2009 @ approximately 5:45 P.M._

C.  Facts: _I was a New York City Police Officer. On August 27, 2009 approximately 5:45 pm. I was involved in an off duty incident. I called 911 to respond to the scene during the incident. While on the phone with the 911 operator I was attacked by several males and suffered 3 broken ribs from the altercation. The police arrived I was arrested and detained in jail for 5 days. I was denied medical attention for my 3 broken ribs, and was fed unedible food by prisoners who spat on my food because they knew I was a police officer. The Police Department failed to review the 911 recordings. The Bronx District Attorney's office used the 911 recordings and reviewed the evidence to clear me in Criminal Court and dismissed the charges. The N.Y.P.D. a year later then held an Administrative Hearing. Then fired me for the incident that I was found innocent of in Criminal Court._

(Sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?)

IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ____

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. $ 2 million dollars for violation of my civil rights, false imprisonment, wrongful dismissal from the Police Department of the City of New York and injury to my professional reputation.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of August, 2012

Signature of Plaintiff   Manuel Jome

Mailing Address   2820 Middletown Road Apt-19
Bronx N.Y. 10461

Telephone Number   646-626-2406

Fax Number (if you have one) _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010